21 So.2d 856

## MARION COUNTY v. John P. MIDDLETON.

### 6 Div. 163.

Court of Appeals of Alabama.

April 3, 1945.

Pennington & Tweedy, Curtis & Maddox, and Carl A. Elliott, all of Jasper, for appellant.

Arthur Fite, of Jasper, and John P. Middleton, pro se, for appellee.

RICE, Judge.

As we read the record in this case, in connection with the assignments of error, and the brief filed here on behalf of appellant, every essential question presented has heretofore been decided by our Supreme Court, adversely to appellant's contention, in its opinion in the case styled in that court Marion County v. John P. Middleton, Ala.Sup., 21 So.2d 312.

And upon the authority of the opinion and decisions in the case just cited, the judgment here appealed from is affirmed.

Affirmed.

23 So.2d 146

## Louis MAY, Jr., v. STATE.

### 6 Div. 180.

Court of Appeals of Alabama.

May 15, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.

Affirmed.

25 So.2d 857

## Robert MILES v. STATE.

### 4 Div. 933.

Court of Appeals of Alabama.

April 9, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

23 So.2d 146

## Haymon MILLER v. STATE.

### 6 Div. 189.

Court of Appeals of Alabama.

May 8, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed, motion of appellant.

24 So.2d 924

## Lewis MILLS v. STATE.

### 7 Div. 825.

Court of Appeals of Alabama.

Jan. 22, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.